**Opinion issued December 5, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00873-CV

————————————

## IN RE ARTIS CHARLES HARRELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Artis Charles Harrell, acting pro se, has filed a petition seeking mandamus relief against the Harris County District Clerk.[1] This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221

---

[1] The underlying case is *Artis Charles Harrell d/b/a Artistic Work Hair Salon v. Branch Brinson, R. Burt Brinson, Bonner Brinson, S.P. Dairy Ashford LLC d/b/a/ Salon Park, and Brinson Management Corporation*, cause number 2017-28390 in the 189th District Court of Harris County, Texas, the Honorable Bill R. Burke, Jr., presiding.

expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. TEX. GOV'T CODE § 22.221(a)–(b). In this case, we lack jurisdiction to issue the requested writ of mandamus because the district clerk is not a district court or county court judge, and Harrell has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. *See In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

Accordingly, Harrell's petition for writ of mandamus is dismissed for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.